IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:04-cr-36-SJM |
| ) | |
| MAURICE F. FOLEY ) | |

**O R D E R**

AND NOW, to wit, this 25th Day of January, 2012, upon consideration of the Defendant's "Motion Pursuant to Fed. Civ. Procedure Rule 60(b)(6) For a Reopening of Judgment Due to Extraordinary Circumstance" [284],

IT IS ORDERED that said motion shall be, and hereby is, DENIED inasmuch as the Court of Appeals has already issued a Certified Order [281] denying Defendant a certificate of appealability in this case and ruling that Defendant knowingly and voluntarily waived his right to collaterally attack his conviction and sentence through a motion pursuant to 28 U.S.C. § 2255 and had not establish that enforcing the waiver would work a miscarriage of justice in his case. To the extent Defendant's motion raises new claims of alleged ineffectiveness of counsel, the Court will construe his motion as a second or successive § 2255 petition over which this Court lacks jurisdiction inasmuch as Defendant has failed to obtain the requisite pre-authorization from the Third Circuit Court of Appeals pursuant to 28 U.S.C. §2244(b)(3)(A).

                                                          s/ <u>Sean J. McLaughlin</u>

                                                          SEAN J. McLAUGHLIN
                                                          United States District Judge

cc: All parties of record.